```
KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188
```

Attorneys for Defendant
TWILIO INC., a Delaware corporation,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Pursuant to Civ. L.R. 6-1(a).**<br><br>Judge:  Hon. Araceli Martinez-Olguin<br><br>Date Filed:  August 8, 2024<br><br>Trial Date:  None Set |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to Civil Local Rule 6-1(a), Plaintiff Noah Bender ("Plaintiff") and Defendant Twilio Inc. ("Twilio") (together, the "Parties") hereby agree and jointly stipulate as follows:

**WHEREAS,** on August 8, 2024, Plaintiff filed the above-captioned action against Twilio;

**WHEREAS,** on August 28, 2024, Plaintiff served the complaint in this action on Twilio;

**WHEREAS,** the Parties have agreed that Twilio may extend by 30 days its time to answer or otherwise respond to Plaintiff's complaint until October 18, 2024;

**WHEREAS,** the extension will not alter the date of any event or any deadline already fixed by order of the Court;

**NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE**, pursuant to Civil Local Rule 6-1(a), that Twilio's deadline to answer or otherwise respond to Plaintiff's complaint is extended until October 18, 2024.

Dated: September 6, 2024                              KEKER, VAN NEST & PETERS LLP

                                                      By:   /s/ Benjamin Berkowitz
                                                            BENJAMIN BERKOWITZ
                                                            MATAN SHACHAM
                                                            JACQUELINE CONCILLA
                                                            NATALIE R. HEIM

                                                            Attorneys for Defendant
                                                            TWILIO INC., a Delaware corporation,

Dated: September 6, 2024                By:   EDELSON PC

/s/ Jared Lucky
RAFEY BALABANIAN (SBN 315962)
rbalabanian@edelson.com
JARED LUCKY (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435
SCHUYLER UFKES*
sufkes@edelson.com
EDELSON PC
360 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice admission to be sought

Attorneys for Plaintiff
NOAH BENDER

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 6, 2024

By:   /s/ Benjamin Berkowitz
      Ben Berkowitz