KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
TWILIO INC., a Delaware corporation,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**DEFENDANT TWILIO INC.'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATION OF INTERESTED PARTIES OR ENTITIES**<br><br>**Pursuant to Fed. R. Civ. P. 7.1 & Civ. L.R. 3–15.**<br><br>Judge:  Hon. Araceli Martinez-Olguin<br><br>Date Filed:  August 8, 2024<br><br>Trial Date:  None Set |

DEFENDANT TWILIO INC.'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATION OF
INTERESTED PARTIES OR ENTITIES
Case No. 3:24-cv-04914-AMO

2779653

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Twilio Inc. files this corporate disclosure statement and hereby discloses, by and through its undersigned counsel, that it has no parent corporation or publicly-held corporation that owns 10% or more of its stock.

Pursuant to Civil L.R. 3–15, the undersigned certifies that as of this date, there is no conflict of interest other than the named parties to report.

Dated: September 6, 2024　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

　　　　　　　　　　　　　　　　　　　By:　/s/ *Benjamin Berkowitz*
　　　　　　　　　　　　　　　　　　　　　BENJAMIN BERKOWITZ
　　　　　　　　　　　　　　　　　　　　　MATAN SHACHAM
　　　　　　　　　　　　　　　　　　　　　JACQUELINE CONCILLA
　　　　　　　　　　　　　　　　　　　　　NATALIE R. HEIM

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　TWILIO INC., a Delaware corporation,

1

DEFENDANT TWILIO INC.'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATION OF INTERESTED PARTIES OR ENTITIES
Case No. 3:24-cv-04914-AMO

2779653