Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Noah Bender

Plaintiff(s)

v.

Twilio, Inc.

Defendant(s)

CASE No C 3:24-cv-04914-AMO

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 10/15/2024       /s/ Noah Bender
                              Party

Date: 10/15/2024       /s/ Jared Lucky
                              Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

■ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 10/15/2024       /s/ Jared Lucky
                              Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert  rev. 1-15-2019*

Print Form

**ATTORNEY ATTESTATION**

I, Jared Lucky, am the ECF User whose ID and password are being used to file this ADR Certification. In Compliance with Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this ADR Certification has been obtained from each of the signatories above.

DATED: October 15, 2024                    EDELSON PC

By: /s/ *Jared Lucky*