KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWILIO INC., a Delaware corporation,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWILIO INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:     January 23, 2025<br>Time:    2:00 p.m.<br>Dept.:    10, 19th Floor<br>Judge:   Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date: None Set |

## [PROPOSED] ORDER

The Court, having considered Defendant Twilio's Motion to Compel Arbitration, Plaintiff's Opposition therefore, Defendants' Reply, all associated pleadings and exhibits, and argument of counsel, hereby rules and orders as follows:

IT IS HEREBY ORDERED that, for the reasons stated in Defendant's Motion to Compel Arbitration, the Motion is **GRANTED** and the case is stayed pending arbitration of Plaintiff's claims.

IT IS SO ORDERED.

DATED: _____, 2024

HON. ARACELI MARTÍNEZ-OLGUÍN