KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
TWILIO INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**DECLARATION OF JON TIEN IN SUPPORT OF DEFENDANT TWILIO INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: January 23, 2025<br>Time: 2:00 p.m.<br>Dept.: 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date: None Set |

I, Jon Tien declare as follows:

1. I submit this declaration in support of the Motion to Compel Arbitration by Twilio, Inc. ("Twilio"). I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

2. I am Chief Product Officer for Calm.com, Inc. ("Calm").

3. In my role as Chief Product Officer, I am familiar with Calm's Terms of Service and Privacy Policy and how users are presented with those.

4. I understand that the Plaintiff in this matter, Noah Bender, alleges that he downloaded and used Calm's mobile application (the "Calm App") on his Android device within the last year since he filed his complaint, that is sometime between August 8, 2023 and August 8, 2024.

5. At all times, including during the time when Plaintiff downloaded and used the Calm App, Calm has required its users to agree to its Terms of Service in order to create an account for using the Calm App.

6. To download the Calm App on an Android device, a user must first navigate to the Google Play Store and look up the Calm App. Attached hereto as **Exhibit A** is a true and correct copy of the Calm App User Interface, and the disclosures contained therein, as currently displayed to users who navigate to the Calm App via the Google Play Store from an Android Device.

7. This Interface is the same in all material respects as what users would have seen during the period when Plaintiffs downloaded and used the Calm App.

8. When users first open the Calm App, they are presented with the Calm App Welcome Page. Before creating an account, users are informed that "[b]y tapping Continue or logging into an existing Calm account, you agree to our Terms and acknowledge that you have read our Privacy Policy, which explains how to opt out of offers and promos," with each underlined phrase containing a hyperlink to the relevant document.

9. The following image depicts the Calm App Welcome Page displayed whenever a user downloads and opens the Calm App on an Android Device for the first time.



10. When users select "Continue with Email," they are then taken to the Calm App Account Creation Page which requests a user's first name, email address, and password. Users are again notified that "[b]y tapping Continue or logging into an existing Calm account, you agree to our Terms and acknowledge that you have read our Privacy Policy, which explains how to opt out of offers and promos," with each underlined phrase containing a hyperlink to the relevant document.

11. The following image depicts the Calm App Account Creation Page.



12. Every time a Calm user logs into their account, they are informed that by proceeding to login in, they are agreeing to the Calm Terms of Service and Calm Privacy Policy, which are underlined and hyperlinked on the login page.

13. The following image depicts the Calm Login Page.



14. When a user clicks on the hyperlink <u>Terms</u> on the Calm App Welcome Page or the Calm App Account Creation Page, the Terms of Service from Calm's website are presented in full in contrasting black font on a light grey background.

15. The following image depicts how the Calm Terms appear to a user who clicks the <u>Terms</u> hyperlink at one of these pages (only the first screen is shown, but the user can scroll to see the remainder of the Terms).

2804900

> [Screenshot of Calm Terms of Service page on mobile browser showing calm.com URL. Text reads: "Please refer to the Privacy Policy for information regarding how we collect, use, and disclose information about you. For Calm users in the United States and countries and territories outside of the European Economic Area (which includes the European Union), Switzerland, or the United Kingdom, the **Calm Terms of Service** apply to your use of the Services. For Calm users in countries in the European Economic Area (which includes the European Union), Switzerland, or the United Kingdom, the **Calm Terms of Service for the EEA, Switzerland, and UK** apply to your use of the Services.
>
> **Calm Terms of Service**
> Last Updated: October 13, 2023
>
> These Terms of Service (the "**Terms**") apply to the products and services of Calm.com, Inc. and our subsidiaries and affiliates ("**Calm**," "**we**," or "**us**"), including our websites, social media pages, software applications, and other online services (collectively, the "**Services**")."]

16. The Calm Terms instruct users to "refer to the Privacy Policy for information regarding how we collect, use, and disclose information about you," with the underlined phrase in contrasting purple font and hyperlinked to the Calm Privacy Policy.

17. Similarly, when a user clicks on the hyperlink Privacy Policy on the Calm Terms, Calm App Welcome Page or the Calm App Account Creation Page, the terms are presented in full in contrasting black font on a light grey background.

1     18.     The following image depicts how the Calm Terms appear to a user who clicks the
2  Privacy Policy hyperlink at one of these pages (again, only the first screen in shown, but a user
3  can scroll down the see the remainder of the Privacy Policy).



23     19.     In addition to the Welcome, Account Creation, and Login pages, the Calm Terms
24  and Privacy Policy are also available to users on the Calm App under "Settings." The Calm
25  Terms are also available on Calm's website at https://www.calm.com/terms and the Privacy
26  Policy is available at https://www.calm.com/privacy-policy.
27     20.     Calm periodically publishes updates to its Terms of Service. The most recent
28  version of the Calm Terms of Service was published on October 13, 2023. A true and correct

copy of this current version of the Terms of Service ("Calm Terms") is attached hereto as **Exhibit B**.

21. Before the most recent update, the Calm Terms of Service were last updated on October 16, 2017. A true and correct copy of the October 16, 2017 version of the Terms of Service, is attached hereto as **Exhibit C**.

22. Calm also periodically updates its Privacy Policy. The most recent version of Calm's Privacy Policy was published on December 21, 2023. A true and correct copy of this current version of the Privacy Policy is attached hereto as **Exhibit D**.

23. Before the most recent update, the Calm Privacy Policy was last updated on October 13, 2023. Attached hereto as **Exhibit E** is a true and correct copy of the October 2023 version of the Privacy Policy.

24. Before then, Calm updated its Privacy Policy on June 16, 2022. Attached hereto as **Exhibit F** is a true and correct copy of the June 2022 version of the Privacy Policy.

25. The versions of the Calm Terms of Service and Privacy Policy discussed above and attached hereto are the only versions that would have been in effect during the time when Plaintiff downloaded and used the Calm App.

26. The Calm Terms allow users to opt out of binding arbitration and provides instructions for how to do so. See Ex. B, ¶ 16.

27. Calm has no record of Noah Bender opting out of binding arbitration.

28. Noah Bender has not filed a lawsuit or arbitration against Calm.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 17Day, 2024, in San Francisco, California.

Signed by:
Jon Tien
27D5011D7B014AE...
Jon Tien

7
DECLARATION OF JON TIEN IN SUPPORT OF DEFENDANT TWILIO INC.'S MOTION TO COMPEL ARBITRATION
Case No. 3:24-cv-04914-AMO

2804900