KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWILIO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TWILIO INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWILIO INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Date:　　　January 23, 2025<br>Time:　　　2:00 p.m.<br>Dept.:　　　10, 19th Floor<br>Judge:　　　Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date: None Set |

**[PROPOSED] ORDER**

The Court, having considered Defendant Twilio's Motion to Dismiss Complaint, Plaintiff's Opposition therefore, Defendants' Reply, all associated pleadings and exhibits, and argument of counsel, hereby rules and orders as follows:

IT IS HEREBY ORDERED that, for the reasons stated in Defendants' Motion to Dismiss, the Motion is **GRANTED** and the Complaint is dismissed with prejudice and without leave to amend.

IT IS SO ORDERED.

DATED: _____, 2024

HON. ARACELI MARTÍNEZ-OLGUÍN