KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
TWILIO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TWILIO INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Date:          January 23, 2025<br>Time:         2:00 p.m.<br>Dept.:         10, 19th Floor<br>Judge:       Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT
TWILIO INC.'S MOTION TO DISMISS COMPLAINT
Case No. 3:24-cv-04914-AMO

2806708

**[PROPOSED] ORDER**

The Court, having considered Defendant Twilio's Request for Judicial Notice in Support of its Motion to Dismiss Complaint, the supporting declaration of Natalie Heim, and the exhibits attached thereto, all associated pleadings and papers, and argument of counsel, hereby rules and orders as follows:

IT IS HEREBY ORDERED that, the Request for Judicial Notice in Support of Defendant Twilio's Motion to Dismiss is **GRANTED** and the Court takes judicial notice of, or incorporates by reference, Exhibits A-W to the declaration of Natalie Heim in connection with the Motion to Dismiss Complaint.

IT IS SO ORDERED.

DATED: _____, 2024

HON. ARACELI MARTÍNEZ-OLGUÍN

1

[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TWILIO INC.'S MOTION TO DISMISS COMPLAINT
Case No. 3:24-cv-04914-AMO

2806708