| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | BENJAMIN BERKOWITZ - # 244441 |
| 2 | bberkowitz@keker.com |
| | MATAN SHACHAM - # 262348 |
| 3 | mshacham@keker.com |
| | JACQUELINE CONCILLA - # 335733 |
| 4 | jconcilla@keker.com |
| | NATALIE R. HEIM - # 340549 |
| 5 | nheim@keker.com |
| | 633 Battery Street |
| 6 | San Francisco, CA 94111-1809 |
| | Telephone:  415 391 5400 |
| 7 | Facsimile:  415 397 7188 |
| 8 | Attorneys for Defendant |
| | TWILIO INC., a Delaware corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,, | Case No. 3:24-cv-04914-AMO |
| Plaintiffs, | **DECLARATION OF NATALIE HEIM IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF TWILIO'S MOTION TO DISMISS COMPLAINT** |
| v. | |
| TWILIO INC., a Delaware corporation, | Date: January 23, 2025 |
| Defendant. | Time: 2:00 p.m. |
| | Dept.: 10, 19th Floor |
| | Judge: Hon. Araceli Martínez-Olguín |
| | Date Filed: August 8, 2024 |
| | Trial Date: None Set |

I, Natalie Heim, declare:

1. I am an attorney licensed to practice law in the State of California, an associate with the law firm of Keker, Van Nest & Peters LLP, and am counsel for Defendant in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

## Calm's User Interfaces

2. Attached hereto as **Exhibit A** are true and correct screenshots taken on October 8, 2024, of the User Interface, and the disclosures contained therein, currently displayed to users who navigate to the Calm App via the Google Play Store from an Android Device.

3. Attached hereto as **Exhibit B** are true and correct screenshots taken on October 8, 2024, of the Calm App Log-in Page displayed when the Calm App is downloaded from the Google Play Store and opened on an Android Device. The Calm App Log-in Page displays hyperlinks to Calm's Terms and Privacy Policy.

## Calm's Privacy Policy

4. Attached hereto as **Exhibit C** is a true and correct copy of the Calm Privacy Policy that has been publicly available since December 21, 2023, at https://www.calm.com/privacy-policy (last visited October 4, 2024).

5. Attached hereto as **Exhibit D** is a true and correct copy of the Calm Privacy Policy that is publicly available at https://web.archive.org/web/20231015202502/https://www.calm.com/privacy-policy and was previously publicly available at https://www.calm.com/privacy-policy from October 13, 2023, to December 20, 2023 (downloaded from the Wayback Machine on October 4, 2024).

6. Attached as **Exhibit E** is a true and correct copy of the Calm Privacy Policy that is publicly available at https://web.archive.org/web/20230803002527/https://www.calm.com/privacy-policy and was previously publicly available at https://www.calm.com/privacy-policy from June 16, 2022, to October 12, 2023 (downloaded from the Wayback Machine on October 4, 2024).

## The Twilio Software Contract

DECLARATION OF NATALIE HEIM IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE
Case No. 3:24-cv-04914-AMO

7. Attached hereto as **Exhibit F** is a true and correct copy of an executed Order Form between Twilio and Twilio regarding the Segment software that is at issue in this case, fully executed on September 29, 2023.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Platform Agreement that is expressly incorporated by reference in the Order Form.

### Twilio's Business Terms

9. Attached as **Exhibit H** is Twilio's Data Protection Addendum ("DPA"), which is expressly incorporated by reference in the Platform Agreement, and also publicly available at https://www.twilio.com/en-us/legal/data-protection-addendum, last updated August 2, 2023.

10. Attached as **Exhibit I** is a true and correct copy of Twilio's Security Overview, which is expressly incorporated by reference in the DPA, and also publicly available at https://www.twilio.com/legal/security-overview, last updated July 14, 2022.

### Product Descriptions

11. Attached hereto as **Exhibit J** is a true and correct copy of the webpage entitled "How to Collect and Use First-party Data for Your Business_Twilio, which is publicly available at https://segment.com/blog/first-party-data-collection/ (last visited October 3, 2024).

12. Attached hereto as **Exhibit K** is a true and correct copy of the webpage entitled "First-Party vs. Third-Party Data Differences, Use Cases, & Tips," which is publicly available at https://segment.com/blog/first-vs-third-party-data/ (last visited October 3, 2024).

13. Attached hereto as **Exhibit L** is a true and correct copy of the webpage entitled "Leveling Up" Identity Resolution: Best Practices for Data Scientists | Twilio Segment," which is publicly available at https://segment.com/blog/identity-resolution-best-practices-for-data-scientists/ (last visited October 3, 2024).

14. Attached hereto as **Exhibit M** is a true and correct copy of the webpage entitled "Twilio Engage: Personalize every interaction with Twilio Engage," which is publicly available at https://www.twilio.com/en-us/engage?tab=1_4 (last visited October 3, 2024).

15. Attached hereto as **Exhibit N** is a true and correct copy of the webpage entitled "Segment Unify is here: complete, real-time, portable customer profiles," which is publicly

available at https://segment.com/blog/segment-unify-ga/ (last visited October 3, 2024).

16. Attached hereto as **Exhibit O** is a true and correct copy of the webpage entitled "CustomerAI Predictions_Twilio Segment," which is publicly available at https://segment.com/solutions/ai/customerai-predictions/ (last visited October 3, 2024).

17. Attached hereto as **Exhibit P** is a true and correct copy of the webpage entitled "Twilio Segment Plans & Pricing," which is publicly available at https://segment.com/pricing/ (last visited October 3, 2024).

18. Attached hereto as **Exhibit Q** is a true and correct copy of the webpage entitled "Native Mobile Spec," which is publicly available at https://segment.com/docs/connections/spec/mobile/ (last visited October 3, 2024).

19. Attached hereto as **Exhibit R** is a true and correct copy of the webpage entitled "Four Data Types Companies Need to Utilize," which is publicly available at https://www.twilio.com/en-us/resource-center/customer-data-types (last visited October 3, 2024).

20. Attached hereto as **Exhibit S** is a true and correct copy of the webpage entitled "Privacy Portal," which is publicly available at https://segment.com/product/privacy-portal/?ref=nav (last visited October 3, 2024).

21. Attached hereto as **Exhibit T** is a true and correct copy of the webpage entitled "Connections," which is publicly available at https://segment.com/product/connections/ (last visited October 10, 2024).

22. Attached hereto as **Exhibit U** is a true and correct copy of the webpage entitled "Cookies, compliance and customer data: preparing for a privacy-first future," which is publicly available at https://segment.com/blog/cookies-compliance-customer-data/ (last visited October 13, 2024).

### Calm's Terms of Service

23. Attached as **Exhibit V** is a true and correct copy of Calm's Terms of Service, publicly available at https://www.calm.com/terms, which was published on October 13, 2023, and effective through the present.

24. Attached as **Exhibit W** is a true and correct copy of Calm's Terms of Service that is publicly available at https://web.archive.org/web/20230802221220/https://www.calm.com/terms and was previously publicly available at https://www.calm.com/terms prior to October 13, 2023, and published on October 16, 2017 (downloaded from the Wayback Machine on October 3, 2024).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 18, 2024, at San Francisco, California.

*Natalie Heim*
NATALIE HEIM

4
DECLARATION OF NATALIE HEIM IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE
Case No. 3:24-cv-04914-AMO

2801628