# EXHIBIT A



**Target**
Target Corporation • E • 3.8 ★

Install

### Sponsored · Suggested for you



**TikTok**
Social • Networking
Installed



**Temu: Shop Like a Billionaire**
Shopping • Online marketplace
4.6 ★



**Uber Eats: Food Delivery**
Food & Drink • Delivery
4.3 ★

 Games    Apps    Offers    Books





# Calm - Sleep, Meditate, Relax

**Calm.com, Inc.**

In-app purchases

**Install**

### Sponsored · Suggested for you



**Headspace: Meditation & Sleep**
4.4 ★



**Aura: Security & Protection**
4.4 ★



**Norton360 Antivirus & Securi...**
4.6 ★

### More apps to try →



**Pinterest**
4.5 ★



**Khan Academy Kids**
4.7 ★



**Finch: Self-Care Pet**
4.9 ★

### About this app →



4.7 ★                                4.9 ★

## About this app  →

Tackle everyday stress and anxiety. Self-care and sound sleep through meditation

#5 top grossing in health & fitness


4.4 ★
558K reviews ⓘ


Editors' Choice ⓘ

E
Everyone



## Editors' Choice
Why we love this

① Calm your mind and get ready for bedtime with meditation, plus soothing sounds and stories

② "Sleep Stories," ranging from journeys in Antarctica to classic kids' tales, naturally lull you into slumber

③ Mindfulness experts teach you how to apply meditation techniques to daily life with "Calm Masterclasses"

## Data safety  →

12:12 ✕

## Editors' Choice
Why we love this

1. Calm your mind and get ready for bedtime with meditation, plus soothing sounds and stories

2. "Sleep Stories," ranging from journeys in Antarctica to classic kids' tales, naturally lull you into slumber

3. Mindfulness experts teach you how to apply meditation techniques to daily life with "Calm Masterclasses"

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

---

This app may share these data types with third parties
Personal info, Financial info and 2 others

This app may collect these data types
Location, Personal info and 5 others

Data is encrypted in transit

Account deletion available
You can request to delete collected data

See details

---



# Calm - Sleep, Meditate, Relax

Calm.com, Inc.

> The developer has provided this information about how this app collects, shares, and handles your data

## Data safety

Here's more information the developer has provided about the kinds of data this app may collect and share, and security practices the app may follow. Data practices may vary based on your app version, use, region, and age. Learn more



## Data shared

Data that may be shared with other companies or organizations

**Device or other IDs**
Device or other IDs

Personal info

# Data safety

Here's more information the developer has provided about the kinds of data this app may collect and share, and security practices the app may follow. Data practices may vary based on your app version, use, region, and age. Learn more

# Data shared

Data that may be shared with other companies or organizations

**App activity**
App interactions

**Personal info**
Email address and User IDs

**Device or other IDs**
Device or other IDs

**Financial info**
Purchase history

## Data collected

Data this app may collect

**Device or other IDs**
Device or other IDs

**App info and performance**
Crash logs, Diagnostics, and Other app performance data

**Health and fitness**
Fitness info

**Personal info**
Name, Email address, User IDs, and Other info

**App activity**
App interactions, In-app search history, Other user-generated content, and Other actions

**Location**
Approximate location

**Financial info**
User payment info and Purchase history



# Security practices

**Data is encrypted in transit**
Your data is transferred over a secure connection



# Data deletion

Developers can provide ways for you to remove data collected by this app. Learn more

### Delete app account

You can submit a request to the developer to delete your account and associated data for this app

Go to developer's site 

For more information about collected and shared data, see the developer's privacy policy