# EXHIBIT B







Create an account to save your progress

 First Name

 Email

 Password

──────────── OR ────────────



Continue with Facebook



Continue with Google

By tapping Continue or logging into an existing Calm account, you agree to our <u>Terms</u> and acknowledge that you have read our <u>Privacy Policy</u>, which explains how to opt out of offers and promos

Have an account? <u>Log in</u>

## Privacy Policy

last updated December 21, 2023

Your privacy is of the utmost importance to us. This Privacy Policy explains how Calm.com, Inc. and our subsidiaries and affiliates (together, **"Calm"**, **"we"** or **"us"**) collect, use, and disclose information about you when you access or use our websites, mobile applications, and other online products and services (collectively, the "Services"), and when you contact our customer service team, engage with us on social media, or otherwise interact with us. Please note that certain of our products and services may be subject to a separate privacy policy. You will know this if those services link to a different notice rather than this policy.

Additional information for California residents, as well as for individuals in the EEA, UK, and Switzerland can be found at the end of this Privacy Policy.

We may change this Privacy Policy from time to time. If we make changes, we will revise the date at the top of the policy and, in some cases, we may provide you with additional notice.

### Collection of Information

### Information You Provide to Us

Please refer to the Privacy Policy for information regarding how we collect, use, and disclose information about you.

For Calm users in the United States and countries and territories outside of the European Economic Area (which includes the European Union), Switzerland, or the United Kingdom, the **Calm Terms of Service** apply to your use of the Services.

For Calm users in countries in the European Economic Area (which includes the European Union), Switzerland, or the United Kingdom, the **Calm Terms of Service for the EEA, Switzerland, and UK** apply to your use of the Services.

## Calm Terms of Service

Last Updated: October 13, 2023

These Terms of Service (the "**Terms**") apply to the products and services of Calm.com, Inc. and our subsidiaries and affiliates ("**Calm**," "**we**," or "**us**"), including our websites, social media pages, software applications, and other online services (collectively, the "**Services**").

1. Agreement to Terms