# EXHIBIT F
# FILED UNDER SEAL

# ORDER FORM



| | | | |
|---|---|---|---|
| **Customer Name:** | Calm | | Twilio Inc. |
| **Physical Address:** | 28 2nd Street | | 101 Spear Street, 5th Floor |
| | San Francisco, California 94105, United States | | San Francisco, CA 94105 |
| **Billing Address:** | 28 2nd Street | | (referred to herein as  **"*Twilio*"**) |
| | San Francisco, California 94105, United States | | |
| **Billing E-Mail:** | maya@calm.com | | |

| **ORDER FORM DETAILS** | | | |
|---|---|---|---|
| **Order Form Type:** | Renewal | **Payment Terms:** | Net 30 Days |
| **Order Form #:** | Q-88398-4 | **Billing Currency:** | USD |
| **Initial Term:** | October 1, 2023 - September 30, 2025 | **Billing Method:** | Invoicing |
| **Auto Renewal:** | No | **Customer Signature Deadline:** | September 28, 2023 |
| **Renewal Term:** | N/A | | |
| **Non-Renewal Notice Period:** | N/A | | |

The Initial Term and all applicable Renewal Terms are collectively referred to herein as the "***Order Form Term***". This Order Form is effective on the date the Initial Term commences until the end of the Order Form Term.

This Order Form hereby terminates and replaces, in its entirety, any existing order forms between Customer and Twilio for products and services branded as "Segment", "Twilio Segment", or "Twilio Engage".

**Fees:** Customer will be charged the fees set forth in this Order Form upon its execution and in accordance with the applicable Billing Frequency (as defined below) thereafter. All fees that Customer is charged, including the fees set forth in this Order Form, will be exclusive of taxes. If Customer terminates this Order Form prior to the expiration of the Initial Term or then-current Renewal Term (except to the extent such termination is due to Twilio's failure to cure a material breach in accordance with the Agreement (as defined below)), then Customer is responsible for paying the fees set forth in this Order Form for the remaining portion of the Initial Term or then-current Renewal Term upon termination.

| Core Software | | | | | |
|---|---|---|---|---|---|
| **Billing Frequency:** Annual | | | | | |
| **Use Period:** Every 12 months | | | | | |
| **Service** | **Throughput Limits per Calendar Month** | **No. of Units per Use Period** | **Unit of Measurement** | **Fee Valid For** | **Fee** |
| Business Plan + Protocols | N/A | 57,000,000,000 | API Calls | October 1, 2023 - end of Order Form Term | $■ |
| Functions | N/A | 855,000 | Hours | October 1, 2023 - end of Order Form Term | $■ |
| Segment Healthcare | N/A | 12 | N/A | October 1, 2023 - end of Order Form Term | $■ |
| | | | | **Core Software Total for Initial Term (Excludes Overage Fees):** | $■ |

**Unused Units:** All purchased units for the Services set forth in this Order Form must be used by the end of the applicable Use Period during the Order Form Term. Any unused units at the end of the applicable Use Period will not be available, or otherwise reserved, for use during a future Use Period, and no refunds or credits will be provided to Customer for such unused units.

**Overage Fees:** Customer will be charged the applicable overage fees set forth in this Order Form if Customer exceeds the purchased units for the Services set forth in this Order Form during the applicable Use Period. All overage fees will be charged on a monthly basis in arrears.

| Core Software | |
|---|---|
| **Service/Unit of Measurement** | **Overage Fee** |
| Per API Call | ▇▇▇▇ |
| Functions - Per Hour | ▇▇ |

| Advisory or Professional Services | | |
|---|---|---|
| **Billing Frequency:** One-Time | | |
| **Package** | **Units** | **Fee** |
| Hourly Advisory Guidance | 140 Project Hours | $▇▇ |
| | Advisory or Professional Services Total: | $▇▇ |

**Other Terms & Conditions:**

Advisory Services: Notwithstanding anything to the contrary in this Order Form, any Advisory Services that Customer purchases will be governed by the Advisory Services Terms available at https://www.twilio.com/legal/advisory-services-terms ("**Advisory Services Terms**") in lieu of the Agreement. Customer is purchasing the following Advisory Services under this Order Form: Hourly Advisory Guidance: Source/Destination including Reverse ETL Guidance

**Special Terms:**
Twilio shall waive any additional monthly usage fees incurred for any excess usage during the period of May 1, 2023, through September 30, 2023.

**Agreement:** This Order Form is governed by the Twilio Platform Agreement between Customer and Twilio, executed on December 1, 2022, covering the Services set forth in this Order Form ("***Platform Agreement***"). Capitalized terms used but not defined in this Order Form will have the meanings provided to them in the Agreement. In the event of any conflict or inconsistency between the terms of the Agreement and the terms of this Order Form, the terms of this Order Form will prevail. The person executing this Order Form on behalf of Customer represents that it has the full authority to bind Customer to this Order Form. Any purchase order terms or similar terms issued by Customer in connection with this Order Form will have no effect even if executed by Twilio. This Order Form will be legally binding upon Customer's and Twilio's signatures below, unless Twilio rejects this Order Form because it is executed by Customer after the Customer Signature Deadline.

[This space is intentionally left blank; signature page follows]

| **Calm** | | **Twilio Inc.** | |
|---|---|---|---|
| By: | *Anastasios Kasiolas* (DocuSigned by, 9DD71C2C052B4C7...) | By: | *Graham Shaw* (DocuSigned by, 7F31DE42C9A84DB...) |
| Name: | Anastasios Kasiolas | Name: | Graham Shaw |
| Title: | CTO @Calm | Title: | Director, Deal Desk |
| Date: | 9/28/2023 | Date: | 9/29/2023 |