# EXHIBIT M



## Twilio Engage

# Personalize every interaction with Twilio Engage

Orchestrate customer experiences based on your customer data, in real time, across any communications channel, from one central platform.

[Learn more on Segment ↗]





# Cut acquisition costs by 65% with personalized engagement

Domino's Pizza reduced its cost per customer acquisition by 65% with Twilio Engage. By creating personalized audiences, it simultaneously increased orders and reduced ad spend.

Read the full story ↗

# Native CDP and native omnichannel together in one platform

Introducing Twilio Engage, the customer engagement solution that uniquely captures first-party customer data—in real time—that you can activate into personalized campaigns on any channel. Then manage and measure it all through a single platform to grow customer lifetime value.

**Capabilities**

## Deepen relationships with highly personalized experiences

Customer AI | Every channel | Customer journeys | **Centralized profiles**



## Centralized customer profiles based on first-party data

✓ **Dynamic customer profiles**
Build profiles and audiences from any tool or data source—no SQL skills required

✓ **Privacy first**
Respect customer data privacy with consented data collection

✓ **Customer insights**
Uncover new engagement opportunities with data about preferences, traits, and behaviors

Learn more ↗

Use cases

# Personalized experiences for the entire customer journey



- Activate new customers using lookalike audience targeting

- Promote signups and subscriptions with offers

- Send cart abandonment messages

- Create welcome and onboarding campaigns

- Increase customer value with upsell or cross-sell campaigns

- Launch reactivation campaigns

**Start building on Segment ↗**

Why Twilio

# Build with the leaders in omnichannel customer engagement

# 250k
companies build customer engagement with Twilio

# 80,000
websites manage customer data with Segment

# #1
Segment ranked #1 for 2021 market share in CDP by IDC

*IDC Worldwide Customer Data Platform Market Shares, 2021 Stellar CDP Growth Proves Value of Unified Data for CX - 2022, July 2022, IDC #US49493722

# Trusted by customer-first companies worldwide



## 700% increase in return on campaign ad spend

Domino's Pizza Mexico built audiences with Twilio Engage, allowing it to personalize journeys for specific customer profiles and boost returns by 700%.

Learn More ↗

# VERONICA BEARD

## 20% decrease in customer acquisition cost

Veronica Beard conserved ad spend for its most effective campaigns with suppression capabilities that kept unhappy customers off of distribution lists, which lowered CAC by 20%.

Learn More ↗

**Get started**

# How to get started with Twilio Engage

Start delivering data-driven personalized experiences. Twilio Engage is available through Segment, the data layer of Twilio's Customer Engagement Platform. Learn more about Twilio Engage and request a demo from Segment.

Learn more on Segment ↗

See pricing ↗