# EXHIBIT O





Menu

CustomerAI Predictions

# Put the power of predictive AI in the hands of your marketer

Easily predict future customer behavior to deliver precise and personalized campaigns without needing to tap data science teams.

Your work email

Get a demo









## Say goodbye to guesswork and hello to precise personalization

CustomerAI Predictions gives marketers the power of predictive AI, making it easy to uncover patterns in historical customer data, predict future behavior, and discover audiences primed for engagement—saving teams time, boosting campaign performance, and improving personalization.

## Elevate every customer interaction with user-friendly predictive AI

CustomerAI Predictions gives marketers easy-to-use, out-of-the-box predictive models built on trusted, AI-ready data in Segment to quickly create Predictive Traits that get added to the customer profile to power more timely, targeted, and precisely personalized customer experiences on every channel.

### Likelihood to Purchase



Proactively identify customers who are likely to stop using your product.

### Predicted Lifetime Value (LTV)

Predict a customer's future spend over the next 90 days.

### Custom Predictive Goals

Predict the propensity of customers to perform any event tracked in Segment (e.g. likelihood to use a promo code or refer a friend).



# Discover and activate the best audiences for every campaign





### Ready to buy audiences

Includes customers who are most likely to purchase.

### Long shots audiences



Includes customers with high predictive lifetime value.

#### Potential VIPs audiences

Includes recently active customers with high predictive lifetime value as well as a high likelihood to purchase.

#### Dormant audiences

Includes inactive customers who are unlikely to purchase.

## Boost campaign performance and ROI

Easily identify, target, and launch campaigns for users who are most likely to convert or take a desired action across all your customer channels and journeys.



#### Improve ad targeting and return on ad spend (ROAS)

Build lookalike audiences based on customers with a high likelihood to purchase or high LTV. Suppress ads to users with low likelihood to purchase or low LTV to conserve ad spend.



#### Increase performance of promotional and lifecycle campaigns

Create more personalized emails, SMS, WhatsApp, and push notifications for customers no matter where they are in their journey or which buying groups they are in—like discount vs full-price buyers.





purchase or engage with your content.



### Boost upsell and cross-sell

Drive greater upsell and cross-sell opportunities by launching timely campaigns showcasing personalized items when customers are most likely to buy.



### Enhance loyalty programs

Quickly spot customers with high predicted LTV to invite into VIP loyalty programs or send special personalized offers.



### Bolster win-back campaigns

Proactively identify disengaged or at-risk customers for targeted win-back and retention campaigns.

## Trust in our predictions with model transparency

CustomerAI Predictions provides transparency into every prediction you create, so your marketing and data teams always feel confident in your predictions.





**The Explore view** visualizes the prediction data and lets marketers easily cohort that data to create audiences for targeted campaigns or customer journeys.







"CustomerAI Predictions has equipped Box's marketing team with the ability to forecast customer behavior to a degree that was simply unavailable to us before. We've been able to explore segmenting our audience based on predictive traits like who is most likely to join us at in-person events or who is more likely to purchase, and this allows us to meet those people where they are in their customer journey."

Chris Koehler
CMO at Box

## Resources

**Webinar**

### No Code Required: CustomerAI Predictions in Action.

Learn how trusted customer data unlocks the promise of AI to drive adaptive engagement across your entire business—helping you anticipate and act on future customer wants and needs and create more relevant customer experiences in minutes.

View the webinar  >



### Buy

In the competitive landscape of the FinTech industry, understanding customer behavior and predicting their readiness to purchase additional products can significantly impact business success.

Use this recipe 〉

**Segment University**

### Use Predictions to Predict Customer Behavior

Unlock insights into customer behavior, fine-tune marketing efforts, and maximize revenue opportunities with Predictions.

View this course 〉

## Getting started is easy

Start connecting your data with Segment.

Get a demo

Create a free account 〉



Case 3:24-cv-04914-AMO    Document 23-15    Filed 10/18/24    Page 12 of 12





