# EXHIBIT P



Menu

# Pricing that scales

Find the right plan and add-ons to enable your engineering, marketing, and product teams to power adaptive, personalized customer experiences with good data.

Get a demo

## Connections

Collect real-time event data from 450+ pre-built sources, including the warehouse, and send unified customer data to your favorite marketing and analytics tools.

Plans: Free, Team, and Business

Learn about Connections plans

---

**What you can do with Connections:**

Enable engineering teams to:

- ✓ Collect and unify real-time events with customer data in the warehouse
- ✓ Send customer data to 450+ destinations
- ✓ Govern data for quality and compliance

Optional add-on

- ✓ Advanced data governance ⓘ



The most complete, extensible, and scalable CDP that enables technical and business users to create unified profiles, build audiences, orchestrate personalized journeys in real-time, and enhance every experience with data from your warehouse.

Plans: Unify, Unify Plus, and Engage

[Learn about CDP plans]

**Everything in Connections AND:**

Enable engineering teams to:

- Automatically generate identity-resolved profiles
- Collect and unify real-time events with customer data in the warehouse
- Enrich and activate unified profile data to downstream tools
- Govern data for quality and compliance

Enable marketing teams to:

- Get a complete view of the customer
- Create and manage audiences
- Orchestrate customer journeys and campaigns
- Leverage predictive and generative AI

Optional add-on

- Advanced data governance ⓘ
- Audience & profile enrichment ⓘ

Join the 25,000+ companies using the Segment platform

    

## Artificial Intelligence

Segment makes it easier than ever to understand, predict, and generate 1:1 customer engagement in real time and at scale.





## Predictive AI

Predict customer behavior using a no-code builder to power more timely, targeted, and precise personalized experiences on every channel.

Available with Unify Plus and Engage plans.

## Generative AI for Marketers

Create and launch complex audiences in minutes with a simple text prompt.

Available with Engage plans.

## Generative AI for Developers

Generate and optimize code in minutes from natural language prompts (with rETL support for Functions) to create custom integrations and capabilities faster than ever.



Get a demo

Learn more about Customer AI

## FAQs

| Is there a free trial of the paid plans? | + |

| Do I need to purchase a Connections and a CDP plan? | + |

| Are the artificial intelligence capabilities included in plans? | + |

| How can I buy Protocols, Unify or Twilio Engage? | + |



Whether your team is personalizing experiences in real time or building foundational data pipelines, Segment enables advanced use cases and customizations with low-code solutions.

Get a CDP demo

Start with Connections for free >