# EXHIBIT S



Menu

**Privacy Portal**

# Data privacy, automated

We believe data privacy is a right. Your customers probably do, too. With the Segment Privacy Portal, you can automate your approach to keeping your customers' data private.

Your work email

Get a demo





## Take a proactive approach to privacy

Get real-time visibility into what personal information you're collecting, where you're collecting it from, and where you're sending it. Then, set rules to automatically protect it.



### Customer data discovery

Automatically detect and classify personal information in real time instead of wasting months manually creating an inventory.







## Subject rights management

Honor data subject rights requests at scale with automated deletion and suppression across Segment and your connected stack.

Customer Data Discovery

# Create your dynamic data inventory in minutes

Say goodbye to manual surveys and outdated inventories. With Segment, you can automatically detect and classify personally identifiable information (PII) to create a dynamic customer data inventory for your Segment data.

Each data point is matched against common PII fields and assigned a risk-based classification of red, yellow, or green.





Privacy Controls

# Manage your risk exposure

Don't want your team collecting passwords or credit card numbers? Segment makes it easy to proactively enforce your company's data privacy policies.

Set rules to automatically block restricted personal data from being collected.





Subject Rights Management

# Streamline your regulatory compliance

Accelerate compliance with regulations like the GDPR and the CCPA with automated data subject rights management and consent enforcement across all your digital properties.

Whether your customers want you to delete or modify their data, or even stop collecting it entirely, Segment has you covered.







"Segment's Privacy Portal gives us the confidence to align our event data streams with our company's data privacy and governance standards. With real-time visibility across our event streams, we are able to proactively respect our customers' privacy."

Rudy Martin



# Frequently asked questions

| What does data privacy management software do? | + |

| What features should I look for in a privacy management tool? | + |

| How do companies manage data privacy? | + |

| What does Privacy Portal from Segment do? | + |

## Ready for proactive privacy management?

Learn how Segment can help you protect your customers' privacy.

[Get a demo]

[Create a free account →]

     

