# EXHIBIT T



Menu

Connections

# Connect all of your customer data

Segment is the single platform to collect, unify, and activate your first-party data.

Your work email

Get a demo

Create a free account







Sources

# Collect every touch point

Collect the full view of the customer, across your apps, sales, support, payment, and messaging experiences.





Destinations

# Power all your tools with the same data

Enable the best product analytics, A/B testing, and data warehouse tools with first-party data.



### Implement new tools, fast

Integrate new tools in minutes, not weeks. No more setup headaches and no need to push code.





Eliminate the wait for App Store approvals. Activate new tools immediately, including those without their own mobile SDKs.



**Focus on product work, now**

Segment makes trying new tools incredibly easy. Say goodbye to expensive and time-consuming integration processes that stand in the way of leveraging the best tools available.

# What is first-party data?

Every marketing and analytics app runs on the same three types of data: who your users are, what they are doing, and where they are when they're doing it. Collect it all at once with Segment and send it to any tool.



### Track

Track how your users interact with your product like purchasing items, viewing a page, or using a feature.



### Identify

Identify users to determine if they're new or existing customers, and tie each person to the right actions.



### Page

Locate users so you know what page they were on and what device they were using when they performed the action.





## Data governance and controls

We've built all the tools you need to manage your customer data.

**Debug**   Replay   Observe

## Debug

See a live stream of your event data flowing from your app to Segment's API.

[Explore Debugger >](#)









Functions

# Customize your pipeline

Functions lets you build any custom integration with Segment, with just ten lines of JavaScript.

Explore Functions >

Case 3:24-cv-04914-AMO   Document 23-20   Filed 10/18/24   Page 9 of 13
Connections: First-Party Data Collection Platform | Twilio Segment





Subject Rights Management

# Streamline regulatory compliance and consent management

https://segment.com/product/connections/  8/12



enforcement. Integrate with any consent management platform to respect end user consent across your Connections.

Whether your customers want you to delete or modify their data, or even stop collecting it entirely, Segment has you covered.

Explore Privacy >

## Look under the hood

Having amazing data infrastructure used to be out of reach. Today, that's no longer the case. We've solved the hard challenges around delivering billions of events reliably to downstream APIs so that you can focus on what matters — building an amazing product.

Mobile SDKs

Learn how our iOS and Android SDKs reduce your app's power consumption by 2-3x.

>

Deduplication

Delivering billions of messages exactly once.



Reliability

Reliably sending billions of messages per day to hundreds of public APIs.

›

Functions

Reliably sending billions of messages per day to hundreds of public APIs.

›

## Additional resources



### Privacy & Compliance

Automatically detect and classify PII in real-time. By setting rules to proactively block, hash, and routine sensitive data, you can accelerate compliance with GDPR, CCPA, and more.





## Standardize your data

Standardize data collection by creating a single tracking plan across all your web and mobile apps.

>

# Frequently asked questions

| What is a first-party data collection platform? | + |

| What can you do with Segment's first-party data collection platform? | + |

| How does Segment collect first-party customer data? | + |

| What tools can Connections send first-party customer data to? | + |

# Getting started is easy

Start connecting your data with Segment.



Create a free account

