KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant
TWILIO INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**DECLARATION OF PAUL ALSDORF IN SUPPORT OF DEFENDANT TWILIO INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Dept.:      10, 19th Floor<br>Judge:     Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date:  None Set |

DECLARATION OF PAUL ALSDORF IN SUPPORT OF DEFENDANT TWILIO, INC.'S
ADMINISTRATIVE MOTION TO SEAL
Case No. 3:24-cv-04914-AMO

2807005

I, Paul Alsdorf, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am currently employed by Defendant Twilio, Inc. as Director of Litigation. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

2. As Director of Litigation, I am familiar with Twilio's technology, business, and financial information and documentation, as well as Twilio's policies and efforts to maintain the secrecy of Twilio's confidential information and documentation.

3. I have reviewed the executed Order Form between Twilio and Calm (Exhibit F to the Heim Declaration). Exhibit F contains negotiated pricing and fee rate information, which Twilio considers to be sensitive business and financial information.

4. I have reviewed the Platform Agreement between Twilio and Calm (Exhibit G to the Heim Declaration), which is incorporated by reference in the Order Form. Paragraphs 6, 7, and 9 of Exhibit G contain non-standard, negotiated terms concerning indemnity, liability limitations, and insurance, respectively, which Twilio considers to be sensitive business and financial information.

5. Twilio does not publicly disclose its negotiated pricing, indemnity, liability limitations, or insurance terms with third parties or the public. Twilio considers those terms to be non-public, highly sensitive business and financial information.

6. The public disclosure of the specified terms in Heim Exhibits F and G could have significant negative effects on Twilio's business, including disadvantaging Twilio in future negotiations and/or providing competitors with insight into Twilio's business model.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 17, 2024, in San Francisco, California.

Signed by:

PAUL ALSDORF

1

DECLARATION OF PAUL ALSDORF IN SUPPORT OF DEFENDANT TWILIO, INC.'S
ADMINISTRATIVE MOTION TO SEAL
Case No. 3:24-cv-04914-AMO

2807005