KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWILIO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWILIO INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Dept.:     10, 19th Floor<br>Judge:     Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date: None Set |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Twilio Inc. filed an Administrative Motion to Seal in connection with Defendant Twilio's Motion to Dismiss Complaint and related Request for Judicial Notice.

Having considered the Motion and the declaration of Paul Alsdorf in support thereof, the Court hereby finds that there are compelling reasons to seal the following information:

IT IS SO ORDERED.

| Document Title | Dkt. No. of Redacted Version | Dkt No. of Unredacted Version | Party with Burden | Full or Partial | Brief Reason | Granted / Denied |
|---|---|---|---|---|---|---|
| Order Form between Twilio and Calm<br><br>(Heim Decl. iso Twilio's RJN, Ex. F) | Dkt No. 23-6) | Dkt No. 24-2) | Twilio | Partial (Fee terms) | Sensitive and confidential pricing terms, the disclosure of which could give competitors insight into Twilio's business model and strategy.<br><br>*See* Alsdorf Decl. iso Mot. to Seal, ¶¶ 3, 5-6. | |
| Platform Agreement between Twilio and Calm<br><br>(Heim Decl. iso Twilio's RJN, Ex. G) | Dkt No. 23-7) | Dkt No. 24-3) | Twilio | Partial (¶¶ 6, 7, 9) | Sensitive and confidential contractual terms, the disclosure of which could put Twilio at a disadvantage in future negotiations.<br><br>*See* Alsdorf Decl. iso Mot. to Seal, ¶¶ 4-6. | |

DATED: _____, 2024

_____
HON. ARACELI MARTÍNEZ-OLGUÍN