KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWILIO INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**PROOF OF SERVICE**<br><br>Dept.:     10, 19th Floor<br>Judge:     Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date: None Set |

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On October 18, 2024, I served the following document(s):

- **EXHIBITS F AND G IN SUPPORT OF DECLARATION OF NATALIE HEIM IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF TWILIO'S MOTION TO DISMISS COMPLAINT [UNDER SEAL/UNREDACTED]**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Rafey Sarkis Balabanian<br>Jared Lucky<br>**EDELSON PC**<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Tel.: (415) 212-9300<br>Fax: (415) 373-9435<br>rbalabanian@edelson.com<br>jlucky@edelson.com | Schuyler Ufkes<br>**EDELSON PC**<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Tel.: (312) 589-6370<br>Fax: (312) 589-6378<br>sufkes@edelson.com |

Executed on October 18, 2024, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Alisa Thompson