| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | KEKER, VAN NEST & PETERS LLP<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>MATAN SHACHAM - # 262348<br>mshacham@keker.com<br>JACQUELINE CONCILLA - # 335733<br>jconcilla@keker.com<br>NATALIE R. HEIM - # 340549<br>nheim@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:  415 397 7188<br><br>Attorneys for Defendant<br>TWILIO INC., a Delaware corporation, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER RE: CASE MANAGEMENT AND BRIEFING DEADLINES**<br><br>**Pursuant to Civ. L.R. 6-1(b); 6-2(a)**<br><br>Dept.:   10, 19th Floor<br>Judge:   Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date: None Set |

# STIPULATED REQUEST FOR ORDER CHANGING TIME

Pursuant to Civil Local Rule 6-1(b), Plaintiff Noah Bender ("Plaintiff") and Defendant Twilio Inc. ("Twilio") (together, the "Parties") submit this Stipulated Request and Proposed Order for Changing Time Re: Case Management and Briefing Deadlines, which seeks to extend deadlines for (1) Plaintiff to file oppositions ("Oppositions") to Twilio's Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") and Twilio's Motion to Compel Individual Arbitration ("Motion to Compel"); (2) Twilio to file its replies to the Oppositions ("Replies"); (3) the Parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) ("Rule 26(f) Conference"); (4) the deadline to file the initial Case Management Conference ("CMC") statement; and (5) the date set for the Court to hold the initial CMC. The Parties hereby agree and jointly stipulate as follows:

1. On August 9, 2024, the Court set deadlines concerning the initial CMC and the Rule 26(f) Conference. Dkt. No. 4. The Court ordered the Parties to hold a Rule 26(f) Conference by October 28, 2024, and to make initial disclosures by November 11, 2024. *Id.*

2. On August 23, 2024, the Court revised the initial CMC deadlines, setting the deadline for the parties to file initial CMC statements for November 7, 2024, and setting the CMC for November 14, 2024, but did not change any other dates provided in the original scheduling order. Dkt. No. 9

3. On October 17, 2024, the Court further revised the initial CMC deadlines, setting the deadline for the parties to file initial CMC statements for November 6, 2024, and setting the CMC for November 13, 2024, but did not change any other dates provided in the original scheduling order. Dkt. No. 18.

4. On October 15-17, 2024, the Parties, through their respective counsel, met and conferred about these various CMC and briefing deadlines related to Defendant's Motion to Dismiss and Motion to Compel. During those conferrals, Plaintiff's counsel, Schuyler Ufkes (*pro hac vice* admission to be sought), informed Twilio's counsel that he will be serving on jury duty until approximately November 6, 2024. In light of that obligation and given there are two motions, the Parties agreed to a lengthened briefing schedule that also took into account counsels'

upcoming travel plans and the Thanksgiving holiday. Based on those considerations, the Parties agreed to extend Plaintiff's deadline to file his Oppositions to November 27, 2024, and Twilio's deadline to file its Replies to December 20, 2024, subject to the approval of the Court. Heim Decl. ¶ 3.

5. The Parties also agreed to notice the hearing date for January 23, 2025, pursuant to Section B of Judge Araceli Martínez-Olguín's Civil Standing Order, and in light of the Christmas and New Years holidays. Heim Decl. ¶ 4.

6. Based on the agreed-upon hearing date, the Parties agreed, subject to the Court's approval, to extend the Rule 26(f) Conference deadline to two weeks after the hearing on February 6, 2025; to extend the deadline to file the CMC statement to four weeks after the hearing on February 20, 2025; to extend the deadline for of the initial disclosures to February 20, 2025; and to set the date for the CMC to five weeks after the hearing on February 27, 2025 or any date thereafter that is Convenient for the Court. Counsel took into account the Court's Scheduling Notes indicating Chambers would be closed from February 17-21, 2025, in setting these dates. These continuances will promote judicial economy and conserve party resources by deferring the initial CMC until after the hearing on Twilio's dispositive motions. Heim Decl. ¶ 5.

7. The Parties have stipulated to one prior deadline extension, granting Twilio an additional thirty days to respond to Plaintiff's complaint. Dkt. No. 15.

8. The parties attest that these proposed deadlines will not affect any other deadlines set by the Court. Heim Decl. ¶ 6.

9. IT IS THEREFORE STIPULATED, by and between the Parties through their respective counsel, subject to the approval of the Court, that:

    a. The deadline for Plaintiff to file his Oppositions shall be: **November 27, 2024**

    b. The deadline for Twilio to file its Replies shall be: **December 20, 2024**

    c. The Court will hold a hearing on the Motion to Compel and Motion to Dismiss on **January 23, 2025**

    d. The deadline for the Parties to hold the Rule 26(f) Conference shall be: **February 6, 2025**

|  |  |  |
|---|---|---|
| 1 | e. | The deadline for the Parties to file CMC statements shall be: **February 20, 2025** |
| 2 |  |  |
| 3 | f. | The deadline for the Parties to make initial disclosures shall be: **February20, 2025** |
| 4 |  |  |
| 5 | g. | The initial CMC will be held on: **February 27, 2025** |

Dated: October 18, 2024　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

　　　　　　　　　　　　　　　　　　By:　 */s/ Benjamin Berkowitz*
　　　　　　　　　　　　　　　　　　　　　BENJAMIN BERKOWITZ
　　　　　　　　　　　　　　　　　　　　　MATAN SHACHAM
　　　　　　　　　　　　　　　　　　　　　JACQUELINE CONCILLA
　　　　　　　　　　　　　　　　　　　　　NATALIE R. HEIM

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　TWILIO INC., a Delaware corporation,

Dated: October 18, 2024　　　　　　　　　　By:　EDELSON PC

　　　　　　　　　　　　　　　　　　　　　*/s/ Jared Lucky*
　　　　　　　　　　　　　　　　　　　　　RAFEY BALABANIAN (SBN 315962)
　　　　　　　　　　　　　　　　　　　　　rbalabanian@edelson.com
　　　　　　　　　　　　　　　　　　　　　JARED LUCKY (SBN 354413)
　　　　　　　　　　　　　　　　　　　　　jlucky@edelson.com
　　　　　　　　　　　　　　　　　　　　　EDELSON PC
　　　　　　　　　　　　　　　　　　　　　150 California Street, 18th Floor
　　　　　　　　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　　　　　　　　Tel: 415.212.9300
　　　　　　　　　　　　　　　　　　　　　Fax: 415.373.9435
　　　　　　　　　　　　　　　　　　　　　SCHUYLER UFKES*
　　　　　　　　　　　　　　　　　　　　　sufkes@edelson.com
　　　　　　　　　　　　　　　　　　　　　EDELSON PC
　　　　　　　　　　　　　　　　　　　　　360 North LaSalle Street, 14th Floor
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　　　Tel: 312.589.6370
　　　　　　　　　　　　　　　　　　　　　Fax: 312.589.6378

　　　　　　　　　　　　　　　　　　　　　*Pro hac vice admission to be sought*

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　NOAH BENDER

**<u>ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 18, 2024

                */s/ Benjamin Berkowitz*
                BENJAMIN BERKOWITZ

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____, 2024

                HON. ARACELI MARTÍNEZ-OLGUÍN