```
KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWILIO INC., a Delaware corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**DECLARATION OF NATALIE HEIM IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME RE: CASE MANAGEMENT AND BRIEFING DEADLINES**<br><br>**Pursuant to Civ. L.R. 6-1(b); 6-1(a)**<br><br>Dept.:   10, 19th Floor<br>Judge:   Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date: None Set |

I, Natalie Heim, declare:

1. I am an attorney licensed to practice law in the State of California, an associate with the law firm of Keker, Van Nest & Peters LLP, and am counsel for Defendant in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

2. I provide the following disclosure of previous time modifications in the above-captioned action pursuant to Civil Local Rule 6-2(a)(2): The Parties have stipulated to one prior deadline extension, granting Twilio an additional thirty days to respond to Bender's complaint. Dkt. No. 15. On August 9, 2024, the Court set deadlines concerning the initial case management conference ("CMC") and the deadline to meet and confer under Federal Rule of Civil Procedure 26(f) ("Rule 26(f) Conference"). Dkt. No. 4. The Court ordered the Parties to hold a Rule 26(f) Conference by October 28, 2024, and to make initial disclosures by November 11, 2024. *Id*. On August 23, 2024, the Court revised the CMC deadlines, setting the deadline for the parties to file initial CMC statements for November 7, 2024, and setting the CMC for November 14, 2024, but the Court did not change any other dates provided in the original scheduling order. Dkt No. 9. On October 17, 2024, the Court further revised the initial CMC deadlines, setting the deadline for the parties to file initial CMC statements for November 6, 2024, and setting the CMC for November 13, 2024, but did not change any other dates provided in the original scheduling order. Dkt. No. 18.

3. I provide the following disclosure regarding the reasons for the requested enlargement of time and describe the effect the time modifications would have on the schedule pursuant to Civil Local Rule 6-2(a)(1),(3): On October 15, 16, and 17, 2024, I met and conferred with counsel for Plaintiff Noah Bender to set dates related to briefing on Twilio's Motion to Dismiss Complaint ("Motion to Dismiss") and Motion to Compel Individual Arbitration ("Motion to Compel"), and to discuss the CMC-related deadlines. During those conferrals, Plaintiff's counsel, Schuyler Ufkes, informed Twilio's counsel that he will be serving on jury duty until approximately November 6, 2024. In light of that obligation and given there are two motions, the Parties agreed to a lengthened briefing schedule that also took into account counsels'

upcoming travel plans and the Thanksgiving holiday. Based on those considerations, the Parties agreed to extend Bender's deadline to file his Oppositions to November 27, 2024, and Twilio's deadline to file its Replies to December 20, 2024, subject to the approval of the Court.

4. The Parties also agreed to notice the hearing on both Motions for January 23, 2024, in light of Section B of Judge Araceli Martínez-Olguín's Civil Standing Order, which requests that hearings be noticed at least four weeks after the close of briefing, as well as the Christmas and New Years holidays.

5. Based on the agreed-upon hearing date, the Parties agreed, subject to the Court's approval, to extend the Rule 26(f) Conference deadline to two weeks after the hearing on February 6, 2025; to extend the deadline to file the CMC statement to four weeks after the hearing on February 20, 2025; to extend the deadline for of the initial disclosures to February 20, 2025; and to set the date for the CMC to five weeks after the hearing on February 27, 2025 or any date thereafter that is Convenient for the Court.  Counsel took into account the Court's Scheduling Notes indicating Chambers would be closed from February 17-21, 2025, in setting these dates.  These continuances will promote judicial economy and conserve party resources by deferring the initial CMC until after the hearing on Twilio's dispositive motions.

6. These deadline extensions will not affect any other deadlines set by the Court other than those described above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on October 18, 2024, at San Francisco, California.

*Natalie Heim*
NATALIE HEIM