Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice admission to be sought

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**STIPULATED REQUEST FOR ORDER CHANGING BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>**Pursuant to Civ. L.R. 6-1(b), 6-2(a)**<br><br>Judge: Hon. Araceli Martínez-Olguín<br><br>Complaint Filed: August 8, 2024<br><br>Trial Date: None set |

| | |
|---|---|
| 1 | **STIPULATED REQUEST FOR ORDER CHANGING BRIEFING SCHEDULE** |

Plaintiff Noah Bender ("Plaintiff") and Defendant Twilio, Inc. ("Defendant" or "Twilio"), pursuant to Civil Local Rules 6-1(b) and 6-2, hereby submit a stipulated request for an order changing the briefing schedule on Defendant's Motion to Dismiss and Motion to Compel Arbitration.

1. In mid-October, the Parties conferred regarding various case management and briefing deadlines related to Defendant's Motion to Dismiss and Motion to Compel. During those conferrals, Plaintiff's counsel, Schuyler Ufkes (*pro hac vice* admission to be sought), informed Twilio's counsel that he had been impaneled as a juror in a weeks-long trial in the United States District Court for the Northern District of Illinois. The Parties agreed to extend the briefing schedule, subject to Court approval, and submitted a stipulated request to that effect.

2. On October 18, 2024, Twilio filed its Motion to Dismiss and Motion to Compel Arbitration.

3. On October 22, 2024, the Court entered an order granting the Parties' stipulated request to change the briefing schedule for Defendant's Motions, scheduling a hearing for May 29, 2025, and setting various case management deadlines for the Summer of 2025. (Dkt. 26). Currently, Plaintiff's deadline to file his Oppositions is November 27, 2024, and Twilio's deadline to file its Replies is December 20, 2024.

4. On November 15-18, the Parties conferred again via email, and agreed to a further extension of the briefing schedule, subject to Court approval. Plaintiff requested this extension because of the backlog of work that resulted from Mr. Ufkes's three-week jury service, and to accommodate the travel schedules of counsel for both Parties during the upcoming holiday season. The Parties agreed that Plaintiff may file his Oppositions no later than December 18, 2024, and Defendant may its Replies no later than January 31, 2025.

5. The Parties have stipulated only two prior deadline extensions, (1) granting Twilio an additional thirty days to respond to Plaintiff's complaint (Dkt. 15), and (2) setting the briefing schedule currently in effect (Dkt. 26). (Decl. of Jared Lucky, ¶ 2, attached hereto.)

6. The Parties further attest that the proposed deadlines will not affect any other deadlines set by the Court, given that the hearing on the Motions will take place no earlier than May 29, 2025. (Decl. of Jared Lucky, ¶ 5.)

7. IT IS THEREFOERE STIPULATED, by and between the Parties through their respective counsel, subject to the approval of the Court, that:

    a. Plaintiff may file his Oppositions no later than: **December 18, 2024**

    b. Twilio may file its Replies in support of its Motions no later than: **January 31, 2025**

Dated: November 22, 2024        **EDELSON PC**

                                  By: */s/ Jared Lucky*
                                      JARED LUCKY

                                *Counsel for Plaintiff and the Putative Class*

Dated: November 22, 2024        **KEKER, VAN NEST, & PETERS LLP**

                                  By: */s/ Matan Shacham*
                                      MATAN SHACHAM

                                *Counsel for Defendant, Twilio Inc.*

## **L.R. 5-1 ATTESTATION**

I, Jared Lucky, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

                              By:    */s/ Jared Lucky*
                                          JARED LUCKY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____, 2024            _____
                                       HON. ARACELI MARTÍNEZ-OLGUÍN