Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice admission to be sought

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NOAH BENDER., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC.,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**DECLARATION OF JARED LUCKY IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>**Pursuant to Civ. L.R. 6-1(b), 6-2(a)**<br><br>Date:<br>Time:<br>Dept.:    10, 19th Floor<br>Judge:   Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br>Trial Date:   None Set |

I, Jared Lucky, declare:

1. I am an attorney licensed to practice law in the State of California, an associate with the law firm of Edelson PC, and am counsel for Plaintiff in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

2. I provide the following disclosure of previous time modifications in the above-captioned action pursuant to Civil Local Rule 6-2(a)(2): The Parties have stipulated to two prior deadline extensions. First, the Parties agreed to grant Twilio an additional thirty days to respond to Bender's complaint. (Dkt. 15). Second, the Parties filed a stipulated request on October 18, 2024, proposing the current briefing deadlines. (Dkt. 22). The Court granted that stipulated request, approving the briefing deadlines, but modifying the proposed hearing date and case management deadlines. (Dkt. 26).

3. The Court has also periodically modified case dates on its own initiative. On August 9, 2024, the Court set deadlines concerning the initial case management conference ("CMC") and the deadline to meet and confer under Federal Rule of Civil Procedure 26(f) ("Rule 26(f) Conference"). (Dkt. 4). The Court ordered the Parties to hold a Rule 26(f) Conference by October 28, 2024, and to make initial disclosures by November 11, 2024. (*Id.*) On August 23, 2024, the Court revised the CMC deadlines, setting the deadline for the parties to file initial CMC statements for November 7, 2024, and setting the CMC for November 14, 2024, but the Court did not change any other dates provided in the original scheduling order. (Dkt. 9). On October 17, 2024, the Court further revised the initial CMC deadlines, setting the deadline for the parties to file initial CMC statements for November 6, 2024, and setting the CMC for November 13, 2024, but did not change any other dates provided in the original scheduling order. (Dkt. 18). (The deadlines in the foregoing paragraph have been superseded by the Court's scheduling order of October 22, 2024. (Dkt. 26)).

4. I provide the following disclosure regarding the reasons for the requested enlargement of time in the Stipulated Request and describe the effect the time modifications would have on the schedule pursuant to Civil Local Rule 6-2(a)(1),(3): On November 15-18, the Parties conferred again via email, and agreed to a further extension of the briefing schedule, subject to Court

approval. Plaintiff requested this extension because of the backlog of work that resulted from Mr. Ufkes's three-week jury service (see Dkt. 26, ¶ 4), and to accommodate the travel schedules of counsel for both Parties during the upcoming holiday season. The Parties agreed that Plaintiff may file his Oppositions no later than December 18, 2024, and Defendant may its Replies no later than January 31, 2025.

5.  These deadline extensions will not affect any other deadlines set by the Court other than those described above, as the hearing on Defendant's Motion to Dismiss and Motion to Compel Arbitration is currently scheduled for May 29, 2025, and the initial disclosure and case management conference deadlines fall in the Summer of 2025. (Dkt. 26).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 21, 2024, at Palo Alto, California.

*/s/ Jared Lucky*
JARED LUCKY