Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice admission to be sought

Counsel for Plaintiff and the Putative Class

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>         *Plaintiff*,<br>  v.<br><br>TWILIO INC., a Delaware corporation,<br><br>         *Defendant*. | Case No. 3:24-cv-04914-AMO<br><br>**PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL (DKT. 24)** |

In connection with its motion to dismiss, Defendant Twilio Inc. moves the Court to seal portions of two documents: a purported Order Form between Twilio and Calm and a purported Platform Agreement between Twilio and Calm. (Dkt. 24.) Plaintiff Bender does not currently oppose Defendant's motion to seal the portions of these documents that Defendant has redacted but reserves the right to later challenge the confidentiality of these documents, if necessary, as the case progresses.

Respectfully submitted,

**NOAH BENDER**, individually and on behalf of all others similarly situated,

Dated: December 18, 2024

By: /s/ *Jared Lucky*
*One of Plaintiff's Attorneys*

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice admission to be sought*

*Counsel for Plaintiff and the Putative Class*