KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWILIO INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**NOTICE OF ERRATA TO HEIM DECLARATION IN SUPPORT OF TWILIO'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:     June 26, 2025<br>Time:    2:00 p.m.<br>Dept.:    10, 19th Floor<br>Judge:   Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Twilio hereby files reformatted versions of two exhibits submitted with Twilio's Request for Judicial Notice (Dkt. No. 22) in support of Twilio's Motion to Dismiss (Dkt. No. 21). For the two exhibits, attached to the Declaration of Natalie Heim (Dkt. No. 23) as **Exhibits P** and **U**, formatting issues occurred when the webpages were printed to a PDF format from Twilio's online website. In the reformatted copies of **Exhibits P** and **U**, the relevant content is properly displayed as it appears on the website. The webpages can also be viewed directly by navigating to the online hyperlinks provided in the original Declaration. The corrected copies of the Exhibits were captured from the website on January 30, 2025, using Microsoft Edge's screenshot feature.

All other information contained in the Declaration remains unchanged. The corrected Exhibits are attached hereto as **Corrected Exhibits P** and **U**, respectively.

Dated: January 31, 2025

KEKER, VAN NEST & PETERS LLP

By: */s/ Natalie R. Heim*
BENJAMIN BERKOWITZ
MATAN SHACHAM
JACQUELINE CONCILLA
NATALIE R. HEIM

Attorneys for Defendant
TWILIO INC., a Delaware corporation

1
NOTICE OF ERRATA TO HEIM DECLARATION IN SUPPORT OF TWILIO'S
REQUEST FOR JUDICIAL NOTICE
Case No. 3:24-cv-04914-AMO

2861015