# CORRECTED EXHIBIT P



Support  Log in

Products  Solutions  Pricing  Docs  Resources       Start for free   See how it works

# Pricing that scales

Find the right plan and add-ons to enable your engineering, marketing, and product teams to power adaptive, personalized customer experiences with good data.

Get a demo

## Connections

Collect real-time event data from 450+ pre-built sources, including the warehouse, and send unified customer data to your favorite marketing and analytics tools.

Plans: Free, Team, and Business

Learn about Connections plans

**What you can do with Connections:**

Enable engineering teams to:

- Collect and unify real-time events with customer data in the warehouse
- Send customer data to 450+ destinations
- Govern data for quality and compliance

Optional add-on

- Advanced data governance ⓘ

## Customer Data Platform (CDP)

The most complete, extensible, and scalable CDP that enables technical and business users to create unified profiles, build audiences, orchestrate personalized journeys in real-time, and enhance every experience with data from your warehouse.

Plans: Unify and Engage

Learn about CDP plans

**Everything in Connections AND:**

Enable engineering teams to:

- Automatically generate identity-resolved profiles
- Collect and unify real-time events with customer data in the warehouse
- Enrich and activate unified profile data to downstream tools
- Govern data for quality and compliance

Enable marketing teams to:

- Get a complete view of the customer
- Create and manage audiences
- Orchestrate customer journeys and campaigns
- Leverage predictive and generative AI

# Artificial Intelligence

Segment makes it easier than ever to understand, predict, and generate 1:1 customer engagement in real time and at scale.

## Predictive AI

Predict customer behavior using a no-code builder to power more timely, targeted, and precise personalized experiences on every channel.

Available with Unify and Engage plans.

## Generative AI for Marketers

Create and launch complex audiences in minutes with a simple text prompt.

Available with Engage plans.

## Generative AI for Developers

Generate and optimize code in minutes from natural language prompts (with rETL support for Functions) to create custom integrations and capabilities faster than ever.

Available with all CDP and Connections Business plans.



[Get a demo]  [Learn more about AI Solutions]

# FAQs

Is there a free trial of the paid plans?

Do I need to purchase a Connections and a CDP plan?

Are the artificial intelligence capabilities included in plans?

How can I buy Protocols, Unify or Twilio Engage?

# Getting started is easy

Whether your team is personalizing experiences in real time or building foundational data pipelines, Segment enables advanced use cases and customizations with low-code solutions.

[Get a CDP demo]

Start with Connections for free >

---

**twilio segment**  [See how it works]

**Products**
Connections
Protocols
Unify
Twilio Engage
Customer Data Platform
Integrations Catalog
Pricing
Security
GDPR

**For Developers**
Documentation
Segment API
Build on Segment
Open Source
Engineering Team

**Company**
Careers
Blogs
Press
Events
Podcast
Growth Center
Data Hub

**Support**
Help Center
Contact us
Resources
Recipes
Professional Services
Security Bulletins
Documentation
Release Notes
Become a Partner
Guide to Customer Data Platforms

© 2024 Twilio Inc. All Rights Reserved.    Privacy    Terms of Service    Website Data Collection