KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWILIO INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND PROPOSED ORDER RE: CASE MANAGEMENT DEADLINES**<br><br>Dept.:     10, 19th Floor<br>Judge:     Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date: None Set |

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

Pursuant to Civil Local Rule 6-1(b), Plaintiff Noah Bender ("Plaintiff") and Defendant Twilio Inc. ("Twilio") (together, the "Parties") submit this Stipulated Request and Proposed Order for Changing Time Re: Case Management Deadlines, which seeks to extend deadlines for (1) the Parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) ("Rule 26(f) Conference"); (2) the deadline to file the initial Case Management Conference ("CMC") statement and make initial disclosures; and (3) the date set for the Court to hold the initial CMC. The Parties hereby agree and jointly stipulate as follows:

1. In mid-October, the Parties conferred regarding various CMC and briefing deadlines related to Defendant's Motion to Dismiss and Motion to Compel Arbitration, both of which were filed on October 18, 2024. Dkt. Nos. 19, 21. The Parties agreed to extend the briefing schedule for Opposition and Reply briefs and to postpone CMC deadlines until after the agreed upon hearing date on Twilio's dispositive motions, subject to Court approval. Dkt. No. 25. On October 22, 2024, the Court entered an order granting the Parties' stipulated request as modified by the Court, setting the briefing schedule for Defendant's Motions, scheduling a hearing for May 29, 2025, and setting the CMC and related deadlines for after the hearing: June 12, 2025 for the Rule 26(f) Conference deadline, June 26, 2025 for the CMC statements and initial disclosures, and July 3, 2025 for the CMC. Dkt. No. 26.

2. On November 15-18, the Parties conferred again via email, and agreed to a further extension of the briefing schedule, subject to Court approval. Dkt. No. 27. Plaintiff requested this extension because of the backlog of work that resulted from Mr. Ufkes's three-week jury service. *Id.* (Lucky Decl. ¶ 4). On November 25, 2024, the Court approved the stipulated briefing deadlines; in the same order, the Court continued the hearing date for the motions to June 26, 2025. Dkt. No. 28.

3. Based on the hearing date set by the Court in its November 25, 2025 Order (Dkt. No. 28), the Parties have conferred and agreed, subject to the Court's approval, to extend the Rule 26(f) Conference deadline to two weeks after the hearing on July 10, 2025; to extend the deadline to file the CMC statement to four weeks after the hearing on July 24, 2025; to extend the deadline

1

for of the initial disclosures to July 24, 2025; and to set the date for the CMC to five weeks after the hearing on July 31, 2025 or any date thereafter that is convenient for the Court. These continuances will promote judicial economy and conserve party resources by deferring the CMC-related deadlines until after the hearing on Twilio's dispositive motions. Heim Declaration (attached hereto) ¶ 3.

4. The Parties have stipulated to three prior deadline extensions: (1) granting Twilio an additional thirty days to respond to Plaintiff's complaint (Dkt. No. 15); (2) setting an initial briefing schedule and proposed CMC deadlines (Dkt. No. 25); and (3) extending the time to file Opposition and Replies to Twilio's Motions (Dkt. No. 27). Heim Declaration ¶ 2.

5. The parties attest that these proposed deadlines will not affect any other deadlines set by the Court. Heim Decl. ¶ 4.

6. IT IS THEREFORE STIPULATED, by and between the Parties through their respective counsel, subject to the approval of the Court, that:

    a. The deadline for the Parties to hold the Rule 26(f) Conference shall be: **July 10, 2025**

    b. The deadline for the Parties to file CMC statements shall be: **July 24, 2025**

    c. The deadline for the Parties to make initial disclosures shall be: **July 24, 2025**

    d. The initial CMC will be held on: **July 31, 2025**

Dated: April 4, 2025                                          KEKER, VAN NEST & PETERS LLP

                                                                           By: /s/ *Natalie R. Heim*
                                                                               BENJAMIN BERKOWITZ
                                                                               MATAN SHACHAM
                                                                               JACQUELINE CONCILLA
                                                                               NATALIE R. HEIM

                                                                               Attorneys for Defendant
                                                                               TWILIO INC., a Delaware corporation

///

///

///

2
STIPULATED REQUEST FOR ORDER CHANGING TIME AND PROPOSED ORDER RE: CASE MANAGEMENT DEADLINES
Case No. 3:24-cv-04914-AMO

2890594

| | | |
|---|---|---|
| Dated: April 4, 2025 | | EDELSON PC |
| | By: | /s/ *Jared Lucky* |
| | | RAFEY, SARKIS BALABANIAN |
| | | JARED LUCKY |
| | | Attorneys for Plaintiff |
| | | NOAH BENDER, individually and on behalf of all others similarly situated |

## **L.R. 5-1 ATTESTATION**

I, Natalie Heim, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/ *Natalie R. Heim*
NATALIE R. HEIM

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED


DATED: _____, 2025          _____
                                         HON. ARACELI MARTÍNEZ-OLGUÍN