KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWILIO INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**DECLARATION OF NATALIE R. HEIM IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME AND PROPOSED ORDER RE: CASE MANAGEMENT DEADLINES**<br><br>Dept.:       10, 19th Floor<br>Judge:      Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date:  None Set |

2890600

1    I, Natalie R. Heim, declare:

2    1.    I am an attorney licensed to practice law in the State of California, an associate

3    with the law firm of Keker, Van Nest & Peters LLP, and am counsel for Defendant in the above-

4    captioned action.  I have personal knowledge of the facts set forth herein, and if called upon as a

5    witness thereto, could do so competently under oath.

6    2.    I provide the following disclosure of previous time modifications in the above-

7    captioned action pursuant to Civil Local Rule 6-2(a)(2): The Parties have stipulated to three prior

8    deadline extensions. First, the Parties agreed to grant Twilio an additional thirty days to respond

9    to Bender's complaint. Dkt. No. 15. Second, the Parties filed a stipulated request on October 18,

10    2024, proposing dates for briefing on Twilio's Motion to Dismiss and Motion to Compel

11    Arbitration, the hearing on those motions, the case management conference ("CMC"), and other

12    related deadlines. Dkt. No. 25. The Court granted that stipulated request with respect to the

13    briefing deadlines, but modified the proposed hearing date to May 29, 2025, and extended the

14    other CMC-related deadlines to dates after the hearing. Dkt. No. 26. Specifically, the Court set

15    the Rule 26(f) Conference deadline for June 12, 2025, the CMC statements and initial disclosures

16    deadline for June 26, 2025, and set the CMC for July 3, 2025. *Id.* Third, the Parties filed a

17    stipulated request on November 22, 2024, proposing to extend only the briefing deadlines due to

18    the backlog of work that resulted from Plaintiff's counsel's three-week jury service. Dkt. No. 27

19    (Lucky Decl. ¶ 4). On November 25, 2024, the Court approved the stipulated briefing deadlines;

20    in the same order, the Court continued the hearing date for the motion to June 26, 2025. Dkt. No.

21    28.

22    3.    I provide the following disclosure regarding the reasons for the requested

23    enlargement of time and describe the effect the time modifications would have on the schedule

24    pursuant to Civil Local Rule 6-2(a)(1),(3):  On April 1 and 2, 2025, I conferred via email with

25    counsel for Plaintiff Noah Bender to discuss the CMC-related deadlines. Based on the hearing

26    date set by the Court in its November 25, 2025 Order (Dkt. No. 28), the Parties agreed, subject to

27    the Court's approval, to extend the Rule 26(f) Conference deadline to two weeks after the hearing

28    on July 10, 2025; to extend the deadline to file the CMC statement to four weeks after the hearing

1

2890600

on July 24, 2025; to extend the deadline for of the initial disclosures to July 24, 2025; and to set the date for the CMC to five weeks after the hearing on July 31, 2025 or any date thereafter that is Convenient for the Court. These continuances will promote judicial economy and conserve party resources by deferring the CMC-related deadlines until after the hearing on Twilio's dispositive motions.

4.    These deadline extensions will not affect any other deadlines set by the Court other than those described above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on April 4, 2025, at San Francisco, California.

/s/ *Natalie R. Heim*
NATALIE R. HEIM

DECLARATION OF NATALIE R. HEIM IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME AND PROPOSED ORDER RE: CASE MANAGEMENT DEADLINES
Case No. 3:24-cv-04914-AMO

2890600