KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
JACQUELINE CONCILLA - # 335733
jconcilla@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
TWILIO INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWILIO INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:24-cv-04914-AMO<br><br>**STATEMENT OF RECENT DECISIONS**<br><br>Date: August 7, 2025<br>Time: 2:00 p.m.<br>Dept.: 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín<br><br>Date Filed: August 8, 2024<br><br>Trial Date: None Set |

Pursuant to Local Rule 7-3(d)(2) and in connection with the pending Motion to Compel Arbitration and Motion to Dismiss filed by Defendant Twilio Inc. (ECF Nos. 19 and 21), Twilio submits two recent Northern District of California decisions, granting similar motions.

First, in *Kroskey v. Elevate Labs, LLC*, No. 5:24-cv-08113-EJD (N.D. Cal.), the court granted Defendant Elevate Labs's motion to compel arbitration of Plaintiff Jonathan Kroskey's complaint, which alleged that Elevate Labs disclosed its users' personally identifiable information to a third party in violation of various federal and California state privacy laws. That Court's decision is attached as Exhibit A and available at 2025 WL 1507091 (N.D. Cal. May 27, 2025).

Second, in *Lakes v. Ubisoft, Inc.*, Case No. 24-cv-06943-TLT (N.D. Cal.), the court granted Defendant Ubisoft's motion to dismiss with prejudice Plaintiff Trevor Lakes's complaint, which alleged in relevant part that Ubisoft violated California's Invasion of Privacy Act and the Electronic Communications Privacy Act, when it placed Meta Platforms, Inc.'s "tracking Pixel" on its website and disclosed user data "in a single transmission to Meta." That Court's decision is attached as Exhibit B and available at 2025 WL 1036639 (N.D. Cal. Apr. 2, 2025).

Dated: June 6, 2025

KEKER, VAN NEST & PETERS LLP

By: */s/ Natalie R. Heim*

BENJAMIN BERKOWITZ
MATAN SHACHAM
JACQUELINE CONCILLA
NATALIE R. HEIM

Attorneys for Defendant
TWILIO INC., a Delaware corporation