Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Demi Moore**
dmoore@edelson.com
EDELSON PC
1255 Union Street NE, Suite 850
Washington, DC 20002
Tel: 217.471.3616

**Pro hac vice admission to be sought*

** *Pro hac vice admission pending*

*Counsel for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NOAH BENDER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TWILIO, INC., a Delaware Corporation,<br><br>*Defendant*. | Case No. 3:24-cv-04914-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**STATEMENT OF RECENT DECISION RELEVANT TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

Pursuant to Civil Local Rule 7-3(d)(2), and in connection with Plaintiff's Response to Defendant's Motion to Compel Arbitration (Dkt. 30), Plaintiff Noah Bender respectfully submits the following recent decision as supplemental authority: *Ballesteros v. Ford Motor Co.*, 109 Cal. App. 5th 1196 (Cal. Ct. App. 2025). There, the First District Court of Appeal denied Defendant Ford Motor Company's motion to compel arbitration of Plaintiff Armando Ballesteros' complaint as a non-signatory to the contract between Ballesteros and Fairview Ford Sales, Inc. The court's decision is attached as Exhibit A.

This decision was issued after Plaintiff filed his Response on December 18, 2024. (*See* Dkt. 30.) Defendant's Motion to Compel Arbitration (Dkt. 19) is scheduled for a hearing on August 14, 2025.

Respectfully submitted,

**NOAH BENDER**, individually and on behalf of all others similarly situated,

Dated: July 3, 2025

By: /s/ *Jared Lucky*
*One of Plaintiff's Attorneys*

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Jared Lucky (SBN 354413)
jlucky@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.943

Schuyler Ufkes*
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Demi Moore**
dmoore@edelson.com
EDELSON PC
1255 Union Street NE, Suite 850
Washington, DC 20002

Tel: 217.471.3616

**Pro hac vice admission to be sought*

*** Pro hac vice admission pending*

*Counsel for Plaintiff and the Putative Class*